THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIOS, Appellant. [1 NYS3d 801]—

Order, Supreme Court, New York County (Renee A. White, J.), entered on or about April 22, 2013, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly determined that substantial justice dictated the denial of defendant's resentencing application. Resentencing is a discretionary determination (*see People v Sosa*, 18 NY3d 436, 442-443 [2012]), and courts may deny the applications of persons who "have shown by their conduct that they do not deserve relief from their sentences" (*People v Paulin*, 17 NY3d 238, 244 [2011]). The mitigating factors cited by defendant were outweighed by his extensive criminal history and generally poor prison disciplinary record. In particular, defendant's inability to control his behavior is demonstrated by his robbery and other convictions while on parole from the drug conviction at issue (*see e.g. People v Arroyo*, 99 AD3d 515, 517 [1st Dept 2012], *lv denied* 20 NY3d 1059 [2013]). Concur—Tom, J.P., Saxe, Manzanet-Daniels, Gische and Clark, JJ.